IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eva Isabel Gonzalez Romo,<br><br>Petitioner,<br><br>v.<br><br>United States Department of Homeland Security, et al.,<br><br>Respondents. | No. CV-16-01177-PHX-ROS<br><br>**ORDER** |

    Eva Isabel Gonzalez Romo filed an Amended Petition for Writ of Habeas Corpus on May 24, 2016. (Doc. 4.) Upon screening her Amended Petition, the Court dismissed most of her claims for lack of jurisdiction. (Doc. 6.) The only remaining claim is part of Count Three—"Petitioner's claim that her due process rights were violated by the [Immigration Judge's] November 13, 2014 and December 7, 2015 bond denials." (*Id.* at 4.) On December 15, 2016, the Government notified the Court that U.S. Immigration and Customs Enforcement released Petitioner on cash bond on December 9, 2016. (Doc. 15.) On December 20, 2016, Magistrate Judge David K. Duncan issued a Report and Recommendation ("R&R") recommending the Amended Petition for Writ of Habeas Corpus be denied as moot. (Doc. 16.) The Government served Petitioner with notice of this R&R on January 6, 2017, and no objections were filed.

    A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the R&R, the district court's review of the part objected to

must be *de novo*. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections having been filed, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 16) is **ADOPTED** and the petition for writ of habeas corpus is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because jurists of reason would not find the procedural ruling debatable and Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 27th day of January, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge